JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lynne I. Andres, Trustee, Isabelle C. Andres 2001 Revocable Living Trust and Executor of Estate of Isabelle C. Andres; Lynne I. Andres; Alyson K. Andres; Roy K. Andres; Barbara E. Andres; Estate of Isabelle C. Andres, Kelsey Schmeltzer, Jackson Andres, Lauren Aloy, <br><br> Plaintiffs, <br><br> vs. <br><br> Entrepreneurial Corporate Group; Mission Inn Hotel and Spa; DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No.: 8:22-cv-00739-AB-KESx <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** |

The Court **APPROVES** the Plaintiffs' Request (Dkt. No. 57), and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby **DISMISSES** this action in its entirety, **with prejudice**, the parties to bear their own attorneys' fees and costs of suit.

**SO ORDERED.**

DATED: December 3, 2024

_____
HON. ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE

1